Twelfth Court of Appeals Clerk
1517 West Front Street
Suit 354
Tyler, Texas 75702

Re.
Withdraw of Appeal

Dear Clerk

After Carefull review of the Record in Cause # 12-15-00200-CV and Futher that the Record supports the Ammended Petition I William Robert Parker on this day Withdraw the Appeal in Cause of Action # 12-15-00200-CV.

Deledration

I William Robert Parker State

FILED IN COURT OF APPEALS
12th Court of Appeals District
SEP 28 2015
TYLER TEXAS
PAM ESTES, CLERK

Deledration that I Have Withdrew the Appeal in Cause # 12-15-00200-C.V. On this the 25 day of September 2015 by my Signature of William Robert Parker

Signature
William Robert Parker

Certifict of Service

I William Robert Parker State Original Withdraw of Appeal in Cause # 12-15-00200-CV is Mail by Regular Mail to the Clerk at Twelfth Court of Appeals 1517 West Front Street Suit 354 Tyler, Texas 75702 on this the 25 day of September 2015 by my Signature of William Robert Parker

Signature
William Robert Parker

In Forma Pauperis

I William Robert Parker State by Delectration that I do not Have the Funds for this fileing of Withdraw of Appeal and ask the Court to Wave that Fee at this time on this the 25 day of ~~September~~ 2015 by my Signature of William Robert Parker

Signature
William Robert Parker